# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                      **Case No. 12-CR-10 (LA)**
                         **Case No. 13-CR-150 (RTR)**

**TRAVIS ONYEMACHI**
    **Defendant.**

---

## ORDER

The conditions for reassignment being met, <u>see</u> Crim. L.R. 13(a) (E.D. Wis.), and the government having no objection,

**IT IS ORDERED** that defendant's motion (R. 49) to reassign Case No. 13-CR-150 to this court is **GRANTED**.

**IT IS FURTHER ORDERED** that Case No. 13-CR-150 is set for **FINAL PRE-TRIAL** on **Thursday, October 17, 2013, at 2:30 p.m.**, and **TRIAL** on **Monday, October 28, 2013, at 10:00 a.m.** Case No. 12-CR-10 is set for **STATUS** on **Thursday, October 17, 2013, at 2:30 p.m.**

Dated at Milwaukee, Wisconsin, this 4th day of September, 2013.

                              /s Lynn Adelman
                              _____
                              LYNN ADELMAN
                              District Judge